IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CALIPH MANLEY : CIVIL ACTION
:
v. :
:
CITY OF PHILADELPHIA, et al. : NO. 13-6053

**O R D E R**

AND NOW, this 7th day of January, 2015, upon consideration of Plaintiff's unopposed motion to dismiss (Doc. 16), IT IS HEREBY ORDERED that the motion is GRANTED.

BY THE COURT:

/s/ELIZABETH T. HEY

_____
ELIZABETH T. HEY, U.S.M.J.